UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | | |
|---|---|---|
| DAWN R. JACKSON, | ) | CV 14-2313-JVS (SH) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING |
| | ) | REPORT AND RECOMMENDATION |
| v. | ) | OF UNITED STATES MAGISTRATE |
| | ) | JUDGE |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

Pursuant to 28 U.S.C. §636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the Report and Recommendation of United States Magistrate Judge.  Plaintiff was granted an extension to file objections (Docket No. 19), but has filed no objections.   The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that (1) the  Report and Recommendation is approved and

1

adopted as the Fact and Conclusions of Law herein; and (2) Judgment be entered affirming the decision of the Commissioner.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and on the United States Attorney.

DATED: January 8, 2015

_____

JAMES V. SELNA
UNITED STATES  DISTRICT JUDGE

2