JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DAWN R. JACKSON, | ) CV 14-2313-JVS (SH) |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| CAROLYN COLVIN,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: January 8, 2015

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE